1 ROBERT C. O'BRIEN (SBN 154372)
DAVID G. BAYLES (SBN 208112)
2 ARENT FOX LLP
445 South Figueroa Street, Suite 3750
3 Los Angeles, CA 90071
Tel. (213) 629-7400
4 Fax (213) 629-7401

5 Attorneys for Plaintiff
SEPTODONT, INC., a New York Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/30/07*

| SEPTODONT, INC., A New York Corporation, | Case No. CV06-07042 RMW PVT |
|---|---|
| Plaintiff, | **REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| NOVACAL PHARMACEUTICALS, INC., A California Corporation, | |
| Defendant. | |

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401

**REQUEST FOR DISMISSAL**

1  Plaintiff respectfully requests that the Court dismiss this action without prejudice.

2  DATED: February 23, 2007           Respectfully submitted,

3                                     **ARENT FOX LLP**

4                                     ROBERT C. O'BRIEN
                                      DAVID G. BAYLES
5

6                                     By: _____
7                                        DAVID G. BAYLES
                                         Attorneys for Plaintiff
8                                        SEPTODONT, INC.

9

10

11                          **ORDER**

12  **IT IS SO ORDERED.**

13  **The Court dismisses this action without prejudice.**

14
                March
15  **DATED:** ~~February~~ 30, 2007       _Ronald M. Whyte_
                                           **The Honorable Ronald M. Whyte**
16

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401